UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RAMIREZ CASTILLO, | Case No. EDCV 25-3476-MWF (E) |
| Petitioner | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| WARDEN, ADELANTO ICE PROCESSING CTR, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Docket No. 1), Answer (Docket No. 11), Traverse (Docket No. 12), Report and Recommendation of United States Magistrate Judge ("Report"; Docket No. 14), Respondents' Objections to the Report ("Objections"; Docket No. 16), Petitioner's Response to the Objections (Docket No. 17), and the other relevant records on file. The Court has conducted a *de novo* review of the portions of the Report to which the Objections are directed. The Objections are overruled.

In cases akin to the present action, where a petitioner complains of unlawful re-detention and revocation of an Order of Supervision, this Court and others have concluded that immediate release is the proper remedy. *See, e.g.*, *Teroganesyan v. Noem*, Case No. EDCV 26-00124-MWF (MAA), 2026 WL 246014, at *2, 4 (C.D.

Cal. Jan. 26, 2026) (granting temporary restraining order and ordering immediate release); *Nazarian v. Noem*, Case No. EDCV 25-02694-KK (ADSx), 2025 WL 3236209, at *4–5 (C.D. Cal. Nov. 3, 2025); *Esmail v. Noem*, Case No. CV 25-08325-WLH (RAO), 2025 WL 3030590, at *2 (C.D. Cal. Sept. 12, 2025).  Only immediate release returns Petitioner to the status quo that preceded his unlawful detention — his release on an Order of Supervision free from detention.  *See Nazarian*, 2025 WL 3236209, at *7.

**IT IS THEREFORE ORDERED** that:

(1) the Report is **ACCEPTED**;

(2) the Petition is **GRANTED** in part;

(3) Respondents are **ORDERED** to release Petitioner from custody immediately, subject to the conditions of his previous supervision.

Dated: February 24, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

2