JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FERNANDO RAMIREZ CASTILLO,

              Petitioner

    v.

WARDEN, ADELANTO ICE PROCESSING CTR, et al.,

              Respondents.

Case No. EDCV 25-3476-MWF (E)

**JUDGMENT**

     Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED the Petition is **GRANTED** in part. Respondents are ordered to release Petitioner from custody immediately, subject to the conditions of his previous supervision.

Dated: February 24, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge